United States District Court of the District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

Plaintiff: Shawn LaCross)
        vs                    )
Defendent: Vermont State police)
    D.E.A: William Ruprick    )
Burlington Federal defender   )
        Ian Carleton          )
Homeland security - "Paul"    )

2022 MAR 24  AM 9:09

CLERK  (
BY____EH_____
DEPUTY CLERK

Case no
    5:22-cv-67

# Complaint

Civil Rights violations in pursuant to 42 U.S.C #D 1983, 1985

1. Unlawful search and seizure in violation under the Fourth Amendment of the U.S. Constitution.

2. Outrageous government Conduct in violation of due process under the Fifth Amendment of the U.S. Constitution.

3. Excessive force in violation under the Fourth Amendment of U.S.C

4. Substantive due process in violation under the Fourteenth Amendment of the U.S. Constitution.

5. Equal protection, supervisor liability and failure to intervene in violation under the Fourteenth Amendment of U.S.C

6. Failure to prevent a Conspiracy and Wrongful acts in pursuant to 42 U.S.C ss 1985, 1986

7. Abuse of process in law enforcement and proceding and Criminal action in violation of the Fourth and Fourteenth Amendments of the U.S. Constitution.

8. Federal wiretap Statue violated the provisions of the Title III of the Omnibus Crime Control and safe Streets Act 1968 18 U.S.C. ss 2510 et seq
        18 U.S.C ss 2511

9. Breach of Contract in violation under Fourth and Fourteenth Amendments U.S Constitution

10. Legal malpractice in violation under Fourth and Fourteenth Amendments U.S. Constitution

11. Federal Tort Claims in violation of 28 U.S.C.S. s 1346 A 2

1

## JURISDICTION

Because Plaintiff has Brought Claims Pursuant to 42 U.S.C, § 1983 for alleged violations of his Constitutional rights, this Court has ~~had~~ Jurisdiction Of this matter Pursuant to 28 U.S.C, § 1331

## STATEMENT OF FACTS

On,

Plaintiff was residing at the HillTop Inn motel in Barre, VT With his girlfriend Kayla Palmer. Kayla Palmer has a medical Condition "Cerebral Palsy" She needs help walking and uses a wheel Chair, AT This Time of incident Plaintiff had Been residing at the HillTop Inn for about 3-4 months. Plaintiff was laying in Bed watching Television when he heard Screaming "state police" "open the mother fucking Door" At the same time Pounding on the door, Plaintiff got out of Bed and looked out the window seeing no police Cars, The Screaming "open the mother fuckin door now" "state police" Continued, Pounding Continued, loud Plaintiff went over to the door and unlocked

2.

The defendant [illegible] the plaintiff was Smashed in the left side of the head and Jammed his pinky on his right hand by the door. Plaintiff was knocked to the floor and tackled By vermont State police officers wearing Bullet proof vests and wearing helmets. Plaintiff STATES The vermont State police used a Battering to knock him and the door down injuring him at the Same time. The plaintiff was tackled and Cuffed and dragged out into the Hallway where he was Searched. Plaintiff States he had 3 Single empty way Bags ████████████ in his right pocket, Plaintiff states defendants stated we can use these to start the process. Plaintiff States he was then placed into the Back Seat of a police Car and driven to a V.S.P Barracks Close By. Plaintiff states He was placed into a cell. The plaintiff was then Brought into an interrogation Room where he was med By Two male individuals who # Identified themselves as D.E.A. Agents. AN older male and a younger male wearing Cowboy Boots. The younger male told the plaintiff that they had attended the Same high school. E.T.H.S. The younger male asked the plaintiff if he would Be willing to speak with D.E.A. Agent william Ruprich who Also Attended E.T.H.S. Plaintiff told the younger agent he did not wish to Speak With william Ruprich,. plaintiff Stated he definetly did not want to speak to

3

D.E.A, walked in prior, plaintiff has had previous encounters with William Rifnel, IN 2008 William was a Franklin County Vermont Sheriff. IN 2009 William arrested the plaintiff and refused the plaintiffs request for a lawyer at least 20 times, Plaintiff states that William threatened, promised and lied to him during a 4-5 hour interrogation where he would not allow plaintiff a lawyer or stop threatening. Plaintiff made it clear to the D.E.A. officers that he did not want to speak to William nor was he willing to cooperate with there investigation. Plaintiff was told we were just a couple of friendly guys sitting in a room, The officers asked the Plaintiff if he smoked cigarettes. Plaintiff replied No that he Quit smoking cigarettes 3-4 months prior. Plaintiff stated he was sitting in an interrogation room at the police station "sure" He would take a cigarette. D.E.A. Agents asked what Plaintiff smoked and DEA went to the store and purchased Plaintiff a pack of marlboros, Plaintiff stated He was then taken outside to smoke, The two D.E.A agents were not asking questions Talking about Bad Habits, revealing that one smoked cigars Plaintiff states they were being "Decent". Plaintiff was then put back into a cell. Not long after Being in the cell alone, the cell door opened, DEA agent William Refrich was standing in the door. ____

D.E.A. William Repuck escorted the Plaintiff
outside to the parking lot, D.E.A agents gave
the Plaintiff a cigarette and then William Repuck
started asking Questions, the Plaintiff refused to
answer and requested a lawyer multiple times.
The Questioning Continued. William Demanded answers
Telling Plaintiff He did not drive 3 Hours
To not get them. Plaintiff again requested a lawyer
and William told the Plaintiff That he will Be Charged
with Federal Conspiracy if He refused to Cooperate.
William Then asked Plaintiff if He knew what
that MEANS, Plaintiff requested a lawyer and the
Threats and Racketeering Continued. After refusing to Cooperate
the Plaintiff was put Back into the Cell, D.E.A Agents
Then opened his Cell and Brought the Plaintiff Back
outside to the Dark Parking lot. This time D.E.A.
Told him that they had just spoke with his girlfriend
Kayla and she told "Us" everything. Now they have
Enough to Charge me with Conspiracy if He Don't
Cooperate. Plaintiff refused to Cooperate and asked for a lawyer.
An Agent Comes inside at Some Point and has
my Cell phone and Kayla's Cell phone inside
Plastic Bags that say "evidence" on them

5

CONSPIRACY.

William tells the Plaintiff that he wants the passwords to access both of the Cell Phones. Plaintiff refuses to give the passwords. Plaintiff is told by william that it doesn't matter. Either the plaintiff will provide D.E.A with the passwords or D.E.A. Is seizing the phones and will get into the phones with a warrant in which they will then most Definently get into the phones then but I will never get the phones back. Plaintiff is told regardless the D.E.A is getting into the phones but if I sign this paper right here in the parking lot, right now then D.E.A will give the phones back tonight and won't keep them Plaintiff Argues Back if forth then finally signs after he is told they will also release him and not charge him with conspiracy if he signs the paper + give the passwords the plaintiff is then released and dropped off with his cell phones at the Hill Top Inn,

Once D.E.A accessed plaintiffs phones they were going through the phones images and running the license plate #'s of vehicles in the photos. Then showing plaintiff pictures wanting to know who the people are to him. He was told he was being released for the night and that he was to cooperate in the coming days. If he didnt then he would be charged with conspiracy,

6

Plaintiff ___ William Reyes they will be in touch. Plaintiff told William that he was hit with the door very hard and shows William the swelling on his face, Plaintiff also told the other DEA agents, he was told that he would be fine. Plaintiff then returns to the Hill Top Inn where his girlfriend Kayla is in an adjacent hotel room. "A Friend" Plaintiff goes to the Friends hotel room where he is met by Kayla and her Grandfather michael Chartraveau. Plaintiff is immediately asked if he is okay, plaintiff is told by Kayla that "They" never had a search warrant and there was alot of Conversation between the D.E.A Agents and V.s.p about how hard too were hit with the Buttering Ram, There was talk of them searching the Room previous to the warrant, Plaintiff is told that his Room is Completley destroyed. Light fixtures, drains shower head, everything is Ruined. Kayla tells Plaintiff that she would like to just leave and stay at Her grandfathers for the night and Deal with the room tomorrow, Plaintiff agrees he is ~~tooo~~ sore and tired. The following morning when plaintiff awakes to his pinkey finger on his right hand throbbing, plaintiff Calls the Hill Top Inn to let the Hotel Know that he would be there to get his Belongings.

7

Plaintiff is told that the apartment and desk everything has been picked up. The Hotel allowed a young man driving a grey Toyota Corolla with tattoos into our room to take everything. Plaintiff did not give anyone permission. Kayla Cults the same visip who raided our Hotel Room the night before and we told they could not do anything. "Tyler Herd" was the person who took everything and after Kayla convinced that she would pay him, He returned some of our clothes. Basically everything we owned was missing. "Tyler Herd" IS the Confidential Informant who provided the information to law enforcement that led to the plaintiff's Hotel Room being raided.

Federal Agents provide plaintiff with a "target letter" stating He is the target of a federal investigation and may be facing federal charges. Decisions on these matters Have not yet been decided. These Decisions will be based on the plaintiff's appearance at a Sept 17TH 2021 Grand Jury appearance. The letter is written by U.S. Attorney Matt Lasher. Attached IS a Federal Defenders application for a lawyer. Also an address the form must be mailed to "Federal Clerk" and a date to mail it by.

8

The Plaintiff fills out the application to have a lawyer to be appointed to him. Plaintiff is then Contacted By Federal defender Ian Carleton. "Homeland Security Agent "Derek Rice" provided the plaintiff with the target letter, "Derek Rice" told plaintiff that he was possibly facing Federal Conspiracy charge and to Cooperate and get in front of Grand Jury was an option to avoid Conspiracy. Plaintiff met with Ian Carleton In his Burlington, vt office. Plaintiff met with Ian Carleton and his assistant Sara Heim. Plaintiff was told that he was to be truthful if he goes in front of Grand Jury. Ian Carleton asks Plaintiff many Questions. Ian tells Plaintiff that he would Need to get immunity in certain things that the plaintiff disclosed to his lawyer Ian Carleton. Plaintiff is Concerned him to ask for immunity without telling the Prosecutor exactly what we are asking immunity for. For example Plaintiff steals a lollipop from the store. If plaintiff asks for immunity for stealing a lollipop and he decides not to give immunity for stealing the lollipop, then the government knows the plaintiff stole the lollipop from store and might go ask store for security footage.

9

Plaintiff _____ the plaintiff and his lawyer Ian Carleton agree the Best way to proceed Is to Ask for Immunity on all Topics that do not relate to violence or murder. The following day or Two After, The plaintiff is Contacted By "Derek Rice" regarding The meeting Between Ian and plaintiff, Derek Rice related, repeated to plaintiff exactly what the plaintiff and Ian discussed, Derek Rice Tells plaintiff the information Came from "matt Lasher" which came from Ian Carleton. Plaintiff Confronts Ian Carleton By phone "Ian States "That man is the mother fuckin enemy", "That man Is The mother fuckin enemy" and suggests maybe I get a new lawyer If I Dont trust him. plaintiff explains he doesnt want to Change lawyers, Ian Tells plaintiff to sleep on the decision and he would a call him in the morning The following morning Ian Calls and plaintiff Told him answer is still no, Plaintiff is then indicted on one Count of Conspiracy to distribute Cocaine. Ian Tells plaintiff and explains "Alex" from his office would handle "arraignment". Plaintiff Does not appear at arraignment and Is arraigned at a later date via zoom from N.W.S.C.F. Ian Carleton Contacts plaintiff again insisting That the plaintiff find new Council. Plaintiff will Not agree, Ian for the Second time tells plaintiff to sleep on the decision. In the morning Before arraignment the plaintiff has not changed his mind. Ian tells plaintiff that he wants to go in front of the Judge "Today" and get off Case, Plaintiff finally agrees,

his person phone was taken and driven to local law enforcement interrogation Room.

Plaintiff STATES after the raid of his Hotel room he Moved to grand Isle, VT. At that Point "They" Called and said "They" needed to meet. plaintiff met "Them" down the road from his resident and was picked up and driven to the local sheriffs department. plaintiff states "Paul" - HSi agent and a vermont Drug Task force agent decided they would provide the plaintiff with a new Cell phone. Paul told the plaintiff that there would Be a "Ghost App" installed into the phone and whenever I was going to Be around the "Target" of there investigation that I was to notify "Paul" 15 minutes in advance at that point "Paul" Can remotley access the phone and watch and listen "live" in real time. plaintiff was instructed to aim the Camera port of the phone towards the "Target", plaintiff was told either Camera on the front or Back they Could see Both. plaintiff Believed "Derik Rice" was not really on Board with the idea and drove the plaintiff to his resident. Later that night "Paul" and vermont drug Task force agent had went to walmart and purchased a New Samsung phone. Paul parked down the street from Plaintiffs resident and Called the plaintiff and told him to Come outside. plaintiff was provided the new Samsung and was told that he was to follow directions if he didn't want to Be Charged with Conspiracy. Plaintiff did as he was instructed. Plaintiff was told that he must Keep the Samsung plugged in and Charged all times.

11

Plaintiff met With "Them" Basically seven
days a week he was told to Come outside.
On One Occassion plaintiff slept in until
around 5pm and ignored all Calls.
Plaintiff States that when he finally
answered a Call from "Hsi" he was
told that he was not allowed to do that
"they" Were about to Come to his House.
And next time "They" will. Plaintiff states
he met With them again and "Paul"
Was saying that the plaintiff Could
still Be Charged with Conspiracy.
Plaintiff responded By saying then "why
am I Doing this" "I am not helping
you Build a Case against myself"
"I am not going to Jail a rat" or Snitch"
"Take me to Jail" Plaintiff States that
he ended the meeting and got out of
the truck. plaintiff then recieved a
Phone Call from "Derek Rice" Stating
that he had Spoke with "U.S. Attorney"
"matt Lasher" and if the plaintiff
Continued to Cooperate he would not Be
Charged with Conspiracy plaintiff expressed
his gratitude via multiple Text messages.
Plaintiff States that One night he
Unplugged the Samsung to Use the
outlet in Order to Charge the plaintiffs
personal "I-phone". Plaintiff States
The Samsung had 100% Battery life.
plaintiff States he was Up late with his
girlfriend and did not go to sleep
until around 5AM. Plaintiff States

That his personal I phone kept ringing
and the Call was from "HSI"
plaintiff answered the Call Because he was
not allowed to avoid "them". Plaintiff
is told By "HSI" That he Needs
to plug in the Samsong phone now.
that it is about to die.
Plaintiff Tells "HSI" "Impossible" the phone
was 100% a few hours ago. The plaintiff
Does not Use the Samsong. The plaintiff
gets out of Bed and Checks the
Samsong and the Battery is 8% life.
Plaintiff Starts Watching the Battery life.
The following night plaintiff goes to sleep
at normal Hours and unplugs The phone at
100% Battery life. The following morning
98% Battery life. Plaintiff States
he Bought a "Honda Civic". plaintiff
and his girlfriend are arguing about
driving the Car. Plaintiff States the Car
has no insurance and he doesn't have
a license and is not driving to Burlington.
Plaintiff States that his I-Phone
Started to ring "HSI" Plaintiff answers
the Call and was told "your fine"
"If you get pulled over Just Call me"
Plaintiff States at that point it was
no longer a Secret that "HSI" is
listening On the Samsong phone.
Plaintiff States the following night
that he shuts off the Samsong phone after
meeting with the target and leaves it
with the power off and Battery full life
locked inside the "honda Civic" inside

13

The glove Box. Plaintiff states that he
then recieves a phone call from "Hsi" asking
him where the samsung is... Plaintiff explains
that it is safe and locked away inside
the glove Box with full Battery power off.
Plaintiff is told that he needs to go
get it right now and plug it in
and turn the power on "part of Cooperation"
The plaintiff does what he is told.
The plaintiff feels uncomfortable with
"Them" listening to his private life
But feels he has no Choice.
A Couple nights after the plaintiff states
him and his girlfriend were having an
argument when plaintiff next meets with
"Hsi" is asked about arguing all night
long the night Before. Plaintiff again
powers down the full Battery samsung
at night and slides it Between
his two mattresses, another time locking
the phone in a small lock Box, lock Box.
Recieving similar phone Calls each time
to plug the samsung Back in. Its
Considered "not Cooperating.
They were listening 24/7. ~~what does phone have to be inside~~
Plaintiff Believes "Derek Rice" did
speak with "lasher" and lasher did
say as long as He Cooperated that HE would
Not Be Charged. HE Honestly Believe
"They" never thought HE would Be Charged
and things would never see light. HE Believes
"matt lasher" went Back on his word
not realizing the Depth of the things
that really Took place day to day.
Plaintiff is trying to keep this as short as
possible. At LEAST 60 Day period of Daily
Dealings with law enforcement.

## Parties Involved

1. Plaintiff, Shawn M. LaCross, an Inmate at Essex County Correctional Facility located at 702 Stowersville Road in Lewis, New York 12950, as a direct result by the Defendants' action.

2. Defendant, Vermont State Police individual and official Capacity

3. Defendant, Federal Defenders Office, Ian Carleton Burlington, VT individual and official Capacity

4. Defendant, D.E.A., William Roprich Individual and official Capacity.

5. Defenden, Homeland Security Investigations Paul, Individual and official Capacity.

## Breach of Contract, Legal malpractice

Ian Carleton revealing to matt Lisher the private Conversation. Plaintiff States Ian was to ask for Immunity on all topics except murder and violence. Derek Rice revealed the Conversation that took Place in private between Plaintiff and Ian Carleton. In violation of fourth and fourteenth amendments of U.S. Constitution.

@ 15.

# UNLAWFUL SEARCH AND SEIZURE

Defendents "State police" may have had reasonable suspicion to "Believe" that the plaintiff might have been a passenger in a car that contained drugs. In this case vermont state police used a Scattering ram to gain entry into the plaintiffs home was warrantless and without consent. A warrantless entry into a private home constitutes a search and presumptively is unreasonable under the <u>Fourth Amendment</u> "<u>Leaf v. shelnutt</u>, 400 F. 3d 1070, 1081 7th Cir. 2005. Defendents then tackled and arrested Plaintiff after assaulting him with the door. The plaintiff was placed into the back of the police cruiser in hand cuffs and drove the plaintiff to the state police Barracks which led into a de facto arrest. Under the vermont and Federal Constitution a person cannot be unlawfully arrested to be "at the disposal of the authorities while a case is discovered against him" In re Davis, 126 VT. 142, 142, 224 A. 2d 905, 906 (1966); CF U.S. v. Ponce, 247 F. 2d 646, 651 (2d. Cir 1991) see Florida v. Royer, 460 U.S. at 1035. Ct at 1328. The Fourth Amendment protects Citizens against unlawful search and seizures.

Defendents finding 3 wax bags "empty" In the plaintiffs pocket. Defendents state "we can use these to start the process" and took the plaintiff directly to police Barracks in hand cuffs, placing plaintiff in cruiser. In violation of <u>Fourth Amendment.</u>

HSI agent "Paul" taking plaintiffs personal cell phone and returning it hours later. Settings were changed. When plaintiff checked the phones internal usage and activity 30 minutes about was spent in the "I Cloud"

16.

## Substansive Due Process violation

D.E.A. Agent William Rupich Continued
to Question Plaintiff after he requested a
lawyer multiple times. In violation of Fourteenth
Amendment of U.S. Constitution.


## Failure to prevent a Conspiracy and wrongful acts

in pursuant to 42 USC §§ 1985, 1986.
State Police and D.E.A. Agents allowed
Plaintiff to Be taken outside of
a designated interrogation room where he
was threatened Coerced and violated of
his due process. Plaintiff was refused a lawyer.
He was told if he didnt provide the passwords
to his phones that they would Be seized and
he wouldn't get them Back and they would
get into the phones no matter what By
Obtaining a warrant which will Be granted.
"HSi" Giving plaintiff phone and listening

## Abuse of Process in law enforcement

State Police used 3 empty wax Bags
that were found in the plaintiffs
pocket after he was wearing Cuffs
and Being frisked in the hallway
at the hill top Inn.

State Police allowing D.E.A. to interrogate
me off Camera.       In the parking lot
In violation of the Fourth and Fourteenth
Amendments

17

<u>EQUAL</u> Protection Supervisor liability, failure to intervene

At The State Police Barracks The plaintiff
Was taken from his cell and brought
into the Dark Parking lot By D.E.A
Agents where the plaintiff requested a
lawyer multiple times and he was Continuously
threatend and harrased. State police
failed to intervene Or protect plaintiff
due process was clearly violated.
HSI "paul" Being allowed to put plaintiff in possession
with a device in which he is spied on with.
~~~~~~~~ In Violation of <u>Fourteenth Amendment</u>
of the United state Constitution.




<u>Excessive force</u>


Vermont State police officers used a
Battering Ram To Knock open the door
at the hill Top Inn, Barre VT. Hitting
The plaintiff in the left side of
his face and head also injuring the
Pinkey finger of his right hand. Then Jump
ontop of him Cuffing him. without
first obtaining a warrant
In violation of <u>fourth Amendment</u> of u.s. Constitution

# Outrageous Government Conduct

1. Defendants unlawfully arrested and detained plaintiff by finding 3 empty wax bags in his pocket at the Hill Top Inn.

2. Defendants unlawfully gained entrance to the plaintiffs residence with the use of a Battering ram hitting the plaintiff with the door without obtaining a warrant first.

3. William Ruprich taking the plaintiff outside of the interrogation room to threaten Harass and Force the plaintiff multiple times

4. William Ruprich threatening to Seize the plaintiffs phone if he doesnt allow access.

5. Ian Carleton revealing to matt Lasher an enture Conversation protected under Attorney Client

6. HSI Agents arriving in Grand Isle, VT daily to threaten Cooperation, enforce Cooperation

7. HSI Agents providing plaintiff with a Samsung phone in which they would remotley access and listen to plaintiff in his daily life activities.

8. HSI Agents Telling Plaintiff if he did not answer his cell phone it was uncooperative and "They" weve Coming to his residence

9. HSI Agents Telling Plaintiff as long as he cooperated he would not be Charged according to "matt Lasher"

# Outrageous Government Conduct

10. Matt Lasher instead of having Plaintiff Go in front of Grand Jury. Takes the information obtained from Ian Carleton, Bringing Michael Charboneau in front of Grand Jury.

11. HSI "Paul" taking Plaintiff's personal cell phone for about ~~Hour~~ Hours Before returning it. When Plaintiff did get his phone Back settings were Changed! "I Cloud" had 30 minutes activity that was not Plaintiff, About 30 minutes.
   in violation under the <u>Fifth Amendment</u> of the U.S. Constitution

<u>Federal wire Tape Statue Title III of omnibus Crime Control and Safe streets ACT 1968</u>

Defendants provided Plaintiff a Samsung Cell Phone with a "Ghost app" installed in which the were listening to the Plaintiffs daily activities. The security of ones privacy arbitrary intrusion By the police which is at the Core of the <u>Fourth Amendment</u> is Basic to a free society. They apply to all invasions on the part of the government and its employes of sanctity of a mans home and the privacies of his life. The defendants would not allow the Plaintiff to power off the Phone or lock it in a safe place. The Plaintiff Had purchased a Car and was having a private Conversation in his Home about ~~a~~ illegally driving the Car when he recieves a phone Call from HSI Agent stating "your fine" If you get pulled" are Just Call me" 18 USC SS 2510-2511 in violation Plaintiff was in possession of this Samsung for 3 weeks about ---

20

## RELIEF

1. Plaintiff Seeks the amount of Two million $ ~~Hundred thousand $100,000~~ $2,000,000.00 in Compensatory and punitive damage from D.E.A. for mental anguish, stress, threats, depression and legal problems the plaintiff endured as a direct result from defendents actions and plaintiffs incarceration.

2. Plaintiff seeks $40,000.00 forty thousand in Compensatory and punitive damages from Federal Defender office "Ian Carleton" for mental anguish, stress, depression and legal problems the plaintiff endured as a direct result from defendents actions and plaintiffs incarceration. Also Injective relief By having Ian Carleton Banned from serving law for 3 years.

3. Plaintiff seeks the amount of One million dollars $1,000,000.00 inclusive of punitive damages In Compensation for mental anguish, Excessive force, pain and suffering, migraines, stress, loss of sleep, depression, ptsd, and legal problems plaintiff endured as a direct result from defendents actions "State Police" and plaintiffs incarceration. Disfigurement.

4. Plaintiff seeks the amount of Five million $5,000,000.00 from "Homeland Security" (HSI) In Compensation and punitive damages, for mental anguish, invasion of privacy, stress, loss of sleep, Depression and legal problems the plaintiff endured from the defendents actions and plaintiff incarceration. Also Defamation.

5. Plaintiff seeks injective relief an Immidiate release from prison, dismissal with prejudice on Current charge. AND Immunity on future prosecution for past offenses, that are non violent

Shawn Joe Cross

Signature
3/8/2022